# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1743

_____

ANTONIO R. RICHARDSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

November 6, 2024

PER CURIAM.

Antonio Richardson appeals his judgment and sentence for burglary of a dwelling and grand theft. He raises two issues on appeal, only one of which merits discussion. On the competency issue, we affirm under the authority of *Awolowo v. State*, 389 So. 3d 788 (Fla. 1st DCA 2024). Here, like in *Awolowo*, nothing in defense counsel's motion for a competency evaluation, the trial court's order authorizing the evaluation, or the record as a whole provided reasonable grounds to believe that Richardson was not mentally competent to proceed. Thus, the alleged error by the trial court in failing to hold a competency hearing or make a competency determination does not amount to fundamental error.

AFFIRMED.

LEWIS and RAY, JJ., concur; KELSEY, J., dissents.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

KELSEY, J., dissenting.

I dissent for the compelling and correct reasons Judge Bilbrey articulated in *Awolowo*, 389 So. 3d at 799.

_____

Jessica J. Yeary, Public Defender, and Megan Lynne Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.

2